**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>JULY BREEZE, et al.,<br><br>                Defendants. | Case No. 20-cv-00329<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge M. David Weisman** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| goodjob2016 | 14 |
| marry0119 | 16 |
| meng_2018 | 17 |
| Finger Ten Shop | 20 |
| Zhongxinjie | 30 |

Dated this 3rd day of April 2020.        Respectfully submitted,

                                                          /s/ Allyson M. Martin
                                                          Amy C. Ziegler
                                                          Justin R. Gaudio
                                                          Allyson M. Martin
                                                          Greer, Burns & Crain, Ltd.
                                                          300 South Wacker Drive, Suite 2500
                                                          Chicago, Illinois 60606
                                                          312.360.0080 / 312.360.9315 (facsimile)
                                                          aziegler@gbc.law
                                                          jgaudio@gbc.law
                                                          amartin@gbc.law

                                                          *Counsel for Plaintiff Oakley, Inc.*